

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00083-CR

Mario Angel **GONZALEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRB001360-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **February 7, 2020;** however, no further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court